IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>JULIET MORA,<br><br>           Defendant. | CASE NO.  1:25-CR-00099-JLT-SKO<br><br>**ORDER PARTIALLY UNSEALING SECOND SUPERSEDING INDICTMENT; FILE REDACTED COPY** |

The United States, having applied to this Court for the second superseding indictment and arrest warrants for above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the targets of the investigation, and for the arrest warrants with respect to Juliet Mora and the fifteen other defendants, now having been executed and the need for sealing with respect to those defendants have ceased:

IT IS THEREFORE ORDERED that the second superseding indictment and arrest warrants filed in the above-entitled matter shall be unsealed as to Juliet Mora in addition to the previously unsealed fifteen defendants; the United States shall file a copy of the second superseding indictment on the public docket that is redacted to conceal the identity of the co-defendants who have not yet been apprehended. The unredacted indictment shall remain sealed.

IT IS SO ORDERED.

Dated:   **January 23, 2026**   _____

         STANLEY A. BOONE
         United States Magistrate Judge

1