ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>JULIET MORA,<br><br>Defendant. | Case No. 1:25-cr-00099-JLT-SAB<br><br>[~~PROPOSED~~] ORDER<br><br>Doc. 354) |

Upon the parties' stipulation (Doc. 354) and for good cause shown, the sentencing hearing currently scheduled for December 14, 2027, at 9:00 a.m. is hereby continued to January 4, 2027, at 9:00 a.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through January 4, 2027, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE